| | |
|---|---|
| 1 | MICHELE BECKWITH |
| 2 | Acting United States Attorney |
|   | MATHEW W. PILE, WSBA No. 32245. |
| 3 | Associate General Counsel |
|   | Office of Program Litigation, Office 7 |
| 4 | Social Security Administration |
|   | MARCELO ILLARMO (MABN 670079) |
| 5 | Special Assistant United States Attorney |
| 6 |     Office of the General Counsel |
|   |     Social Security Administration |
| 7 |     6401 Security Boulevard |
|   |     Baltimore, Maryland 21235 |
| 8 |     Telephone: (510) 970-4822 |
|   |     E-Mail: Marcelo.Illarmo@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DALE BRYSON, | No. 1:24-cv-01289-BAM |
| Plaintiff, | STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from February 18 to March 20, 2025. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel has nine district court briefs due from February 5 to February 24, 2025, and needs additional time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before March 20, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before April 3, 2025).

Respectfully submitted,

DATE: January 30, 2025

*/s/ Francesco Paulo Benavides* *
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(* approved via email on 1/30/25)

MICHELE BECKWITH
Acting United States Attorney

DATE: January 30, 2025    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall respond to Plaintiff's motion for summary judgment on or before March 20, 2025. Plaintiff's optional reply will be due within fourteen (14) days of the filing of Defendant's response brief.

IT IS SO ORDERED.

Dated:   **January 31, 2025**            /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE